UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Specialized Loan Servicing LLC, as servicer for Wells Fargo Bank, N.A. as Trustee, on behalf of the Certificateholders, MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificate Series 2007-NCW



Order Filed on February 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 17-28849 CMG

Chapter: 13

Hearing Date: February 7, 2018

Judge: Christine M. Gravelle

In Re:
    Csurbak, Stephen
                      Debtor
    Csurbak, Tamara
                      Co-Debtor

# ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 8, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Specialized Loan Servicing LLC, as servicer for Wells Fargo Bank, N.A. as Trustee, on behalf of the Certificateholders, MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificate Series 2007-NCW</u>, under Bankruptcy Code section 362(a) and 1301(c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as Lot 14.01, Block 74,    683 Brewers Bridge Road , Jackson, NJ 08527**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Stephen Csurbak  
       Debtor

Case No. 17-28849-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 08, 2018  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2018.  
db             +Stephen Csurbak,    683 Brewers Bridge Road,    Jackson, NJ 08527-2019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2018 at the address(es) listed below:  
        Albert   Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        James J. Cerbone    on behalf of Debtor Stephen   Csurbak cerbonelawfirm@aol.com  
        Rebecca Ann Solarz    on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                     TOTAL: 5