**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−28849−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen Csurbak
   683 Brewers Bridge Road
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−8386

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on September 15, 2017 and a confirmation hearing on such Plan has been scheduled for February 21, 2018.

The debtor filed a Modified Plan on February 16, 2018 and a confirmation hearing on the Modified Plan is scheduled for March 21, 2018 at 10:00am. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: February 20, 2018
JAN: pbf

                                                                                      Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 17-28849-CMG
Stephen Csurbak   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Feb 20, 2018
                      Form ID: 186    Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
```
db              +Stephen Csurbak,    683 Brewers Bridge Road,     Jackson, NJ 08527-2019
517070460        AT&T,    Attn: ERC,     PO Box 23870,    Jacksonville, FL 32241-3870
517070459       +Angie's List,    1030 E Washington Street,     Indianapolis, IN 46202-3902
517070461      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886-5019)
517180782       +Bank of America, N.A.,    P O Box 982284,     El Paso, TX 79998-2284
517070462        Barclay Card,    PO Box 13337,    Philadelphia, PA 19101-3337
517070463       +Buckley Madole,    99 Wodo Avenue South,     Suite 803,    Iselin, NJ 08830-2713
517070464       +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
517070465       #CareCentrix,    PO box 7780,    London, KY 40742-7780
517070466       +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
517070467       +Expansion Capital Group II,    Attn: Johnson, Morgan & White,     6800 Broken Sound Parkway,
                 Boca Raton, FL 33487-2721
517070469        First National Credit Card,    PO Box 2496,    Omaha, NE 68103-2496
517070470       +Firstsource Advantage,    205 Bryant Woods South,     Buffalo, NY 14228-3609
517070472       +Jackson Township MUA,    135 Manhattan Street,     Jackson, NJ 08527-2599
517070473       +Jeffery Holminski,    2 Juniper Place,    Howell, NJ 07731-2628
517070474        Lamont Hanley & Assoc Inc,    PO Box 179,    Manchester, NH 03105-0179
517070476       +MCOC OP,    Attn: Certified Credit & Collection Bur,     PO Box 336,    Raritan, NJ 08869-0336
517070480      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,     Compliance & Enforcement-Bankruptcy Unit,
                 50 Barrack Street, 9th Floor,     PO Box 245,    Trenton, NJ 08695-0267)
517070479       +Squarespace,    225 Varick Street, 12th Floor,     New York, NY 10014-4383
517070481        State of New Jersey,    Department of Labor & Workforce Devt,     PO box 389,
                 Trenton, NJ 08625-0389
517070484       +United One Equities LLC,    1101 E Tropicana Avenue,     Suite 2119,    Las Vegas, NV 89119-6636
517070485       +Utica First Insurance Company,    5981 Airport Road,     Oriskany, NY 13424-3931
517070486       +Wells Fargo Bank,    PO Box 10335,    Des Moines, IA 50306-0335
517149031       +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2018 23:42:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2018 23:42:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517070468        E-mail/Text: bnc-bluestem@quantum3group.com Feb 20 2018 23:43:17      Fingerhut,    PO Box 166,
                 Newark, NJ 07101-0166
517070471        E-mail/Text: cio.bncmail@irs.gov Feb 20 2018 23:42:22      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517168062        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 20 2018 23:43:00      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517070475       +E-mail/Text: ebn@ltdfin.com Feb 20 2018 23:42:31      LTD Financial Servicies,
                 7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
517262144        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2018 23:46:21
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517262206        E-mail/Text: bkr@cardworks.com Feb 20 2018 23:42:04      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517070477       +E-mail/Text: bkr@cardworks.com Feb 20 2018 23:42:04      Merrick,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
517182907        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2018 23:51:43
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
517070478        E-mail/Text: bkrpt@retrievalmasters.com Feb 20 2018 23:42:40      RMCB,    PO Box 1235,
                 Elmsford, NY 10523-0935
517070482        E-mail/Text: bankruptcy@td.com Feb 20 2018 23:42:47      TD Bank,    PO Box 9547,
                 Portland, ME 04112-9547
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517070483*     ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                 (address filed with court: TD Bank,    PO Box 9547,    Portland, ME 04112-9547)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 20, 2018
                              Form ID: 186             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:

```
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for the MASTR Asset
               Backed Securities Trust 2007-NCW dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Debtor Stephen   Csurbak cerbonelawfirm@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for the MASTR
               Asset Backed Securities Trust 2007-NCW rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```