**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**1** Valuation of Security   **0** Assumption of Executory Contract or Unexpired Lease   **0** Lien Avoidance

**Last revised: December 1, 2017**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:   Case No.: _____17-28849_____

Stephen Csurbak   Judge: _____CMG_____

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: ___2/16/2018___

☒ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___JC___   Initial Debtor: ___SC___   Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____508_____ per _____ to the Chapter 13 Trustee, starting on _____ for approximately _____54_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:
Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

     a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

     b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2360 + 700 (post) |
| DOMESTIC SUPPORT OBLIGATION | | |
| Internal Revenue Service | Taxes | $2746.69 |
| NJ Division of Taxation | Taxes | $116.09 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. **Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Chrysler Capital | 2013 Dodge Ram 1500 Pickup | $20,288 | $14,100 | | | 5.25% | $16,062 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Wells Fargo Bank<br>Jeffrey Holminski<br>United One Equities<br>Jackson Township MUA | 638 Brewers Bridge Road<br>Jackson, NJ | $197,627 | satisfaction of secured creditors claim |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

| **g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE** | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|  |  |  |

### Part 5:  Unsecured Claims ☒ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ _____0_____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6:  Executory Contracts and Unexpired Leases ☒ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:   Motions ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

### a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

### b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☒ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Chrysler Capital | 2013 Dodge Ram 1500 Pickup | $20,288 | $14100 | $16062 | $4226 |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative Expenses
3) Secured Claims
4) Priority Claims & 5) General Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:   Modification ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____9/15/2017_____.

| Explain below **why** the plan is being modified:<br>Stay relief was granted 2/8/2018. | Explain below **how** the plan is being modified:<br>debtor is now surrendering the real property. |
|---|---|

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:   Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 2/16/2018                                    /s/James J Cerbone
                                                              Attorney for the Debtor

Date: 2/16/2018                                    /s/Stephen Csurbak
                                                              Debtor

Date: _____          _____
                                                              Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 2/16/2018                                                          /s/James J Cerbone
                                                                                        Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 2/16/2018                                                          /s/Stephen Csurbak
                                                                                        Debtor

Date: _____                              _____
                                                                                        Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-28849-CMG
Stephen Csurbak                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                  Page 1 of 2              Date Rcvd: Feb 20, 2018
                              Form ID: pdf901              Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
```
db            +Stephen Csurbak,    683 Brewers Bridge Road,    Jackson, NJ 08527-2019
517070460      AT&T,    Attn: ERC,    PO Box 23870,    Jacksonville, FL 32241-3870
517070459     +Angie's List,    1030 E Washington Street,    Indianapolis, IN 46202-3902
517070461    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886-5019)
517180782     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517070462      Barclay Card,    PO Box 13337,    Philadelphia, PA 19101-3337
517070463     +Buckley Madole,    99 Wodo Avenue South,    Suite 803,    Iselin, NJ 08830-2713
517070464     +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
517070465     #CareCentrix,    PO box 7780,    London, KY 40742-7780
517070466     +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
517070467     +Expansion Capital Group II,    Attn: Johnson, Morgan & White,    6800 Broken Sound Parkway,
               Boca Raton, FL 33487-2721
517070469      First National Credit Card,    PO Box 2496,    Omaha, NE 68103-2496
517070470     +Firstsource Advantage,    205 Bryant Woods South,    Buffalo, NY 14228-3609
517070472     +Jackson Township MUA,    135 Manhattan Street,    Jackson, NJ 08527-2599
517070473     +Jeffery Holminski,    2 Juniper Place,    Howell, NJ 07731-2628
517070474      Lamont Hanley & Assoc Inc,    PO Box 179,    Manchester, NH 03105-0179
517070476     +MCOC OP,    Attn: Certified Credit & Collection Bur,    PO Box 336,    Raritan, NJ 08869-0336
517070480    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,     Compliance & Enforcement-Bankruptcy Unit,
               50 Barrack Street, 9th Floor,    PO Box 245,    Trenton, NJ 08695-0267)
517070479     +Squarespace,    225 Varick Street, 12th Floor,    New York, NY 10014-4383
517070481      State of New Jersey,    Department of Labor & Workforce Devt,    PO box 389,
               Trenton, NJ 08625-0389
517070484     +United One Equities LLC,    1101 E Tropicana Avenue,    Suite 2119,    Las Vegas, NV 89119-6636
517070485     +Utica First Insurance Company,    5981 Airport Road,    Oriskany, NY 13424-3931
517070486     +Wells Fargo Bank,    PO Box 10335,    Des Moines, IA 50306-0335
517149031     +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2018 23:25:18      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2018 23:25:17      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517070468      E-mail/Text: bnc-bluestem@quantum3group.com Feb 20 2018 23:25:38      Fingerhut,    PO Box 166,
               Newark, NJ 07101-0166
517070471      E-mail/Text: cio.bncmail@irs.gov Feb 20 2018 23:25:03      Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
517168062      E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 20 2018 23:25:26      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
517070475     +E-mail/Text: ebn@ltdfin.com Feb 20 2018 23:25:08      LTD Financial Servicies,
               7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
517262144      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2018 23:33:28
               LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517262206      E-mail/Text: bkr@cardworks.com Feb 20 2018 23:24:51      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517070477     +E-mail/Text: bkr@cardworks.com Feb 20 2018 23:24:51      Merrick,    PO Box 9201,
               Old Bethpage, NY 11804-9001
517182907      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2018 23:46:21
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
               Norfolk VA 23541
517070478      E-mail/Text: bkrpt@retrievalmasters.com Feb 20 2018 23:25:16      RMCB,    PO Box 1235,
               Elmsford, NY 10523-0935
517070482      E-mail/Text: bankruptcy@td.com Feb 20 2018 23:25:19      TD Bank,    PO Box 9547,
               Portland, ME 04112-9547
                                                                                              TOTAL: 12
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517070483*    ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
              (address filed with court: TD Bank,    PO Box 9547,    Portland, ME 04112-9547)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Feb 20, 2018
                              Form ID: pdf901          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:

```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for the MASTR Asset
               Backed Securities Trust 2007-NCW dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Debtor Stephen    Csurbak cerbonelawfirm@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for the MASTR
               Asset Backed Securities Trust 2007-NCW rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 5
```