UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JAMES J. CERBONE, ESQUIRE-4036
2430 HIGHWAY 34
BUILDING B SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for debtor

In Re:
STEPHEN CSURBAK

Order Filed on November 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-28849

Chapter: 13

Judge: CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 18, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____James J. Cerbone, Debtor's Attorney_____, the applicant, is allowed a fee of $ ____500.00____ for services rendered and expenses in the amount of $____0.00____ for a total of $____500.00____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____523.00____ per month for ____34____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Stephen Csurbak  
      Debtor  

Case No. 17-28849-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 18, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.  
db           +Stephen Csurbak,    603 Bluebell Dr.,    Jackson, NJ 08527-4109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for the MASTR Asset  
           Backed Securities Trust 2007-NCW dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          James J. Cerbone    on behalf of Debtor Stephen   Csurbak cerbonelawfirm@aol.com,  
           cerbonejr83307@notify.bestcase.com  
          Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for the MASTR  
           Asset Backed Securities Trust 2007-NCW rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                                          TOTAL: 5