Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                Case No.:  17−28849−CMG
                                Chapter:  13
                                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen Csurbak
   603 Bluebell Dr.
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−8386

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

      NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/19/20.

      Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

      This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 19, 2020
JAN: rms

                                                                                                            Jeanne Naughton
                                                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-28849-CMG
Stephen Csurbak                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jun 19, 2020
                              Form ID: 148             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2020.
```
db          +Stephen Csurbak,    603 Bluebell Dr.,    Jackson, NJ 08527-4109
517070460    AT&T,    Attn: ERC,    PO Box 23870,    Jacksonville, FL 32241-3870
517070459   +Angie's List,    1030 E Washington Street,    Indianapolis, IN 46202-3953
517180782   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517070467   +Expansion Capital Group II,    Attn: Johnson, Morgan & White,    6800 Broken Sound Parkway,
              Boca Raton, FL 33487-2721
517070469    First National Credit Card,    PO Box 2496,    Omaha, NE 68103-2496
517070472   +Jackson Township MUA,    135 Manhattan Street,    Jackson, NJ 08527-2599
517070473   +Jeffery Holminski,    2 Juniper Place,    Howell, NJ 07731-2628
517070474    Lamont Hanley & Assoc Inc,    PO Box 179,    Manchester, NH 03105-0179
517070476   +MCOC OP,    Attn: Certified Credit & Collection Bur,    PO Box 336,    Raritan, NJ 08869-0336
517070480   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Compliance & Enforcement-Bankruptcy Unit,
              50 Barrack Street, 9th Floor,    PO Box 245,    Trenton, NJ 08695-0267)
517070479   +Squarespace,    225 Varick Street, 12th Floor,    New York, NY 10014-4383
517070481    State of New Jersey,    Department of Labor & Workforce Devt,    PO box 389,
              Trenton, NJ 08625-0389
517070484   +United One Equities LLC,    1101 E Tropicana Avenue,    Suite 2119,    Las Vegas, NV 89119-6636
517070485   +Utica First Insurance Company,    5981 Airport Road,    Oriskany, NY 13424-3931
517149031   +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2020 02:20:12      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2020 02:20:09      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517070461    EDI: BANKAMER.COM Jun 20 2020 05:18:00      Bank of America,    PO Box 15019,
              Wilmington, DE 19886-5019
517070462    EDI: TSYS2.COM Jun 20 2020 05:18:00      Barclay Card,    PO Box 13337,
              Philadelphia, PA 19101-3337
517070464   +EDI: CAPITALONE.COM Jun 20 2020 05:18:00      Capital One Bank,    PO Box 71083,
              Charlotte, NC 28272-1083
517070466   +EDI: CHRM.COM Jun 20 2020 05:18:00      Chrysler Capital,    PO Box 961275,
              Fort Worth, TX 76161-0275
517070468    EDI: BLUESTEM Jun 20 2020 05:13:00      Fingerhut,    PO Box 166,    Newark, NJ 07101-0166
517070470   +EDI: FSAE.COM Jun 20 2020 05:18:00      Firstsource Advantage,    205 Bryant Woods South,
              Buffalo, NY 14228-3609
517070471    EDI: IRS.COM Jun 20 2020 05:18:00      Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
517168062    EDI: JEFFERSONCAP.COM Jun 20 2020 05:18:00      Jefferson Capital Systems LLC,    Po Box 7999,
              Saint Cloud Mn 56302-9617
517070475   +EDI: LTDFINANCIAL.COM Jun 20 2020 05:18:00      LTD Financial Servicies,
              7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
517262144    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 02:17:13
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517262206    E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 20 2020 02:16:02      MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517070477   +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 20 2020 02:16:04      Merrick,
              PO Box 9201,    Old Bethpage, NY 11804-9001
517182907    EDI: PRA.COM Jun 20 2020 05:18:00      Portfolio Recovery Associates, LLC,
              c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517070478    EDI: RMCB.COM Jun 20 2020 05:18:00      RMCB,    PO Box 1235,    Elmsford, NY 10523-0935
517070482    EDI: TDBANKNORTH.COM Jun 20 2020 05:18:00      TD Bank,    PO Box 9547,    Portland, ME 04112-9547
517070486   +EDI: WFFC.COM Jun 20 2020 05:18:00      Wells Fargo Bank,    PO Box 10335,
              Des Moines, IA 50306-0335
                                                                                              TOTAL: 18
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517070483*   ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
             (address filed with court: TD Bank,    PO Box 9547,    Portland, ME 04112-9547)
517070463   ##+Buckley Madole,    99 Wodo Avenue South,    Suite 803,    Iselin, NJ 08830-2713
517070465   ##CareCentrix,    PO box 7780,    London, KY 40742-7780
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3         User: admin              Page 2 of 2            Date Rcvd: Jun 19, 2020
                             Form ID: 148             Total Noticed: 34
```

           ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee for the MASTR Asset
               Backed Securities Trust 2007-NCW dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Debtor Stephen   Csurbak cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee for the MASTR
               Asset Backed Securities Trust 2007-NCW rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```